IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

and

JEFFREY WILLIS,

Plaintiff-Intervenor,

v.

STOUGHTON TRAILERS, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-748-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Stoughton Trailers, LLC and this case is dismissed.

By: *L. Jensen, Deputy Clerk*

Peter Oppeneer, Clerk of Court

6/23/2010

Date